WAYNE W. SMITH (SBN 054593)
JEFFREY H. REEVES (SBN 156648)
ELIZABETH A. WARKE (SBN 185320)
GIBSON, DUNN & CRUTCHER LLP
4 Park Plaza, Suite 1500
Irvine, California 92614-8557
Telephone   (949) 451-3800
Facsimile    (949) 451-4220

Attorneys for Plaintiffs Anthony J. Ciabattoni, Edward Falcone, Arthur Falcone, and Robert Falcone

EVAN SLAVITT (Pro Hac Vice)
GADSBY & HANNAH LLP
225 Franklin Street
Boston, Massachusetts 02110
Telephone:   (617) 345-7000
Facsimile·    (617) 345-7050

JON L. REWINSKI (SBN 116124)
SUSAN S. GONICK (SBN 129204)
HELLER EHRMAN WHITE & McAULIFFE
601 South Figueroa Street, Suite 4000
Los Angeles, California 90017-5758
Telephone:   (213) 689-0200
Facsimile:    (213) 614-1868

Attorneys for Defendants Video Update, Inc and Daniel A. Potter

**FILED**
JAN 1 4 2000
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

SCAN
___ Priority
X   Send
___ Clsd
___ Enter
X   JS-5/JS-6
___ JS-2/JS-3

LODGED
JAN 1 3 2000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. CIABATTONI, EDWARD FALCONE, ARTHUR FALCONE, and ROBERT FALCONE,<br><br>Plaintiffs,<br><br>v.<br><br>VIDEO UPDATE, INC., DANIEL A. POTTER, and DOES 1-50 INCLUSIVE,<br><br>Defendants. | Case No. SA CV-98-415 GLT (ANx)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON<br><br>Pre-Trial Conference·<br>Date. March 3, 2000<br>Time· 1:30 p.m<br><br>Trial·<br>Date: April 2000 |

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

JAN 1 4 2000
ENTERED ON ICMS

ORIGINAL

This matter has been settled. Therefore, IT IS HEREBY STIPULATED, by and between plaintiffs and defendants, through their counsel of record, that the above-entitled action be immediately dismissed with prejudice as to all claims and as to all defendants, with each party bearing its own costs and attorneys' fees

DATED January 12, 2000

GIBSON, DUNN & CRUTCHER LLP

By /s/ Jeffrey H. Reeves
Jeffrey H. Reeves
Counsel for Plaintiffs
Anthony J Ciabattoni, Edward Falcone, Arthur Falcone and Robert Falcone

DATED January 11, 2000

GADSBY & HANNAH LLP
HELLER EHRMAN WHITE & McAULIFFE

By /s/ Jon L. Rewinski
Jon L Rewinski
Counsel for Defendants
Video Update, Inc. and Daniel A. Potter

-1-

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the action is hereby dismissed with prejudice as to all claims and all defendants, with each party bearing its own costs and attorneys' fees.

Dated. _____1-14-00_____

_____
Judge of the District Court

# CERTIFICATE OF SERVICE

I, Dena F Tosta, declare as follows

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action, my business address is Jamboree Center, 4 Park Plaza, Irvine, California, 92614-8557, in said County and State; I am employed in the office of Jeffrey H Reeves, a member of the bar of this Court, and at his direction, on **January 13, 2000**, I served the within

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

by placing a true copy thereof in an envelope addressed to each of the persons named below at the address shown.

Evan Slavitt, Esq.
Edward W Little, Jr , Esq.
Gadsby & Hannah LLP
225 Franklin Street
Boston, MA  02110

Jon L. Rewinski, Esq
Susan R. Gonick, Esq
Heller, Ehrman, White & McAuliffe
601 South Figueroa Street, 40th Floor
Los Angeles, CA  90017-5758

☑ **BY MAIL** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date I am familiar with the firm's practice of collection and processing correspondence for mailing It is deposited with the U S Postal Service on that same day in the ordinary course of business I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

☐ **BY PERSONAL SERVICE** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5 00 p m on the above-mentioned date

☐ **BY FACSIMILE** From facsimile machine telephone number (949) 451-4220, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐ **BY UPS NEXT DAY AIR** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date I am familiar with the firm's practice of collection and processing correspondence for delivery by United Parcel Service Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to United Parcel Service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on **January 13, 2000**, at Irvine, California

*/s/ Dena F Tosta*
Dena F  Tosta

30157259_1 DOC

Gibson Dunn &
Crutcher LLP